UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| CONCORDIA LUTHERAN CHURCH OF | ) | |
| THE LUTHERAN CHURCH MISSOURI | ) | |
| SYNOD | ) | CASE NO. 10-73608 |
| | ) | |
| Debtors. | ) | |

**NOTICE OF MOTION AND MOTION FOR FINAL DECREE, CERTIFICATE OF CONFIRMATION AND TO CLOSE CHAPTER 11 CASE**

The Debtor, CONCORDIA LUTHERAN CHURCH of the LUTHERAN CHURCH MISSOURI SYNOD, has filed a Motion for Final Decree, Certificate of Confirmation and to Close Chapter 11 Case with the Court in the above-captioned case.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you want the Court to consider your views on the Motion, then you or your attorney must:

1. File a written response to the above motion on or before the date set for the hearing on the motion at the United States Bankruptcy Court, 211 South Court Street, Room 110, Rockford, IL 61101, or
2. Attend the hearing scheduled to be held on **August 15, 2011 at 10:30 a.m.** at the United States Bankruptcy Court, 211 South Court Street, Room 115, Rockford, IL 61101.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to Attorney Stephen G. Balsley, Barrick, Switzer, Long, Balsley & Van Evera, 6833 Stalter Drive, Rockford, IL 61108.

If you file a response, attend the hearing on the motion scheduled to be held on **August 15, 2011 at 10:30 a.m.** at the United States Bankruptcy Court, 211 South Court Street, Room 115, Rockford, IL 61101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion or Objection and may enter an Order granting that relief.

Dated: July 20, 2011

_____
STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

## PROOF OF SERVICE

I, the undersigned, certify that a copy of the foregoing document was served upon:

SEE ATTACHED SERVICE LIST

That I sealed said envelope and placed sufficient United States postage on each; that I deposited said envelope so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on July 21___, 2011.

*Cindy M. Baum*

Stephen G. Balsley
**BARRICK, SWITZER, LONG,**
 **BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone: 815/962-6611
FAX: 815/962-0687

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-3<br>Case 10-73608<br>Northern District of Illinois<br>Rockford<br>Wed Jul 20 14:27:59 CDT 2011 | Concordia Lutheran Church of the Lutheran Ch<br>7424 North Second Street<br>Machesney Park, IL 61115-2888 | U.S. Bankruptcy Court<br>Western Division<br>211 S. Court Street<br>Rockford, IL 61101-1219 |
| Anastasia Sterzer<br>580 Spruce Avenue<br>Bensenville, IL 60106-1460 | Dorothea Cory<br>806 Renrose Avenue<br>Loves Park, IL 61111-4659 | Eugene Bartelt<br>5602 East Drive<br>Loves Park, IL 61111-4504 |
| JP Morgan Chase<br>7997 N. Alpine Road<br>Loves Park, IL 61111-3110 | JP Morgan Chase<br>P.O. Box 9001022<br>Louisville, KY 40290-1022 | JP Morgan Chase Bank<br>c/o Attorney Hauselman,Rappin&Olswa<br>39 South LaSalle St., Ste 1105<br>Chicago, IL 60603-1720 |
| Lorraine Scott<br>5592 Wickford Lane<br>Loves Park, IL 61111-3900 | Marion Seinwell<br>North Point Terrace 2 West<br>Roscoe, IL 61073 | Mary Jo Shickles<br>241 Hosmer<br>Loves Park, IL 61111-4023 |
| National Van Lines<br>2800 Roosevelt Rd<br>Broadview, IL 60155-3771 | North Park Heating & Air Conditioning<br>9516 North Alpine Road<br>Machesney Park, IL 61115-1928 | Phyllis J. Webb<br>855 Wood Avenue<br>Machesney Park, IL 61115-3742 |
| Pro-Source<br>2613 11th Street<br>Rockford, IL 61109-1201 | Richard & Sally Karau<br>4571 Galleon Drive<br>Loves Park, IL 61111-8600 | Ronald & Pam Schultz<br>6381 Shiloh Close<br>Rockford, IL 61107-2663 |
| Wilbert Mayer<br>8019 Cadet Road<br>Machesney Park, IL 61115-2503 | Lorraine Scott | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>780 Regent St.<br>Suite 304<br>Madison, WI 53715-2635 |
| Stephen G Balsley<br>Barrick, Switzer, Long, Balsley, etal<br>6833 Stalter Drive<br>Rockford, IL 61108-2579 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JP MORGAN CHASE BANK | (u)Eugene Bartelt | (u)Marion Seinwill |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| CONCORDIA LUTHERAN CHURCH OF ) | |
| THE LUTHERAN CHURCH MISSOURI ) | |
| SYNOD ) | CASE NO. 10-73608 |
| ) | |
| Debtors. ) | |

## MOTION FOR FINAL DECREE, CERTIFICATE OF CONFIRMATION AND TO CLOSE CHAPTER 11 CASE

NOW COMES the Debtor, CONCORDIA LUTHERAN CHURCH OF THE LUTHERAN CHURCH MISSOURI SYNOD (hereinafter referred to as "CONCORDIA LUTHERAN"), by its attorney, STEPHEN G. BALSLEY, and moves the Court for entry of Final Decree, Certificate of Confirmation and to close said Chapter 11 case, and in support thereof states as follows:

1. The Chapter 11 proceeding was commenced by filing a Petition with this Court on July 20, 2010.

2. The Court confirmed the Debtors Second Amended Chapter 11 Plan of Reorganization on May 4, 2011.

3. Class I Claims consisting of administrative claims have been paid in full as provided by the Plan.

4. The Debtor has made its initial payment to the Class II secured creditor as provided by the Plan.

5. The Debtor has made its first installment payment to Class IV and Class V creditors as provided by the Plan.

6. All other classes of creditors will be paid pursuant to the Plan.

7. All professionals have filed Applications for Compensation and have been paid as approved.

8. The Debtor has paid all of the fees due to the United States Trustee, and is ready, willing and able to pay any final fee due to the United States Trustee upon receipt of a statement from the United States Trustee as to the amount due.

9. There is no reason to keep the Chapter 11 case open.

WHEREFORE, the Debtor moves the Court to enter a Final Decree and to close this case.

_____
STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,**
 **BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687