UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE: ) CHAPTER 11
)
CONCORDIA LUTHERAN CHURCH OF )
THE LUTHERAN CHURCH MISSOURI )
SYNOD ) CASE NO. 10-73608
)
Debtors. )

**AMENDED NOTICE OF MOTION AND MOTION FOR FINAL DECREE, CERTIFICATE OF CONFIRMATION AND TO CLOSE CHAPTER 11 CASE**

The Debtor, CONCORDIA LUTHERAN CHURCH of the LUTHERAN CHURCH MISSOURI SYNOD, has filed a Motion for Final Decree, Certificate of Confirmation and to Close Chapter 11 Case with the Court in the above-captioned case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you want the Court to consider your views on the Motion, then you or your attorney must:

1. File a written response to the above motion on or before the date set for the hearing on the motion at the United States Bankruptcy Court, 211 South Court Street, Room 110, Rockford, IL 61101, or

2. Attend the hearing scheduled to be held on **August 24, 2011 at 10:30 a.m.** at the United States Bankruptcy Court, 211 South Court Street, Room 115, Rockford, IL 61101.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to Attorney Stephen G. Balsley, Barrick, Switzer, Long, Balsley & Van Evera, 6833 Stalter Drive, Rockford, IL 61108.

If you file a response, attend the hearing on the motion scheduled to be held on **August 24, 2011 at 10:30 a.m.** at the United States Bankruptcy Court, 211 South Court Street, Room 115, Rockford, IL 61101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion or Objection and may enter an Order granting that relief.

Dated: August 15, 2011

STEPHEN G. BALSLEY

Stephen G. Balsley
BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

## PROOF OF SERVICE

I, the undersigned, certify that a copy of the foregoing document was served upon:

SEE ATTACHED SERVICE LIST

That I sealed said envelope and placed sufficient United States postage on each; that I deposited said envelope so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on August ___15___, 2011.

*[signature: Cindy M. Brown]*

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone: 815/962-6611
FAX: 815/962-0687

```
Label Matrix for local noticing          Ford Motor Credit Company LLC        GMAC Mortgage, LLC as servicer
0752-3                                    C/O Steven L. Nelson                  c/o Codilis & Associates, P.C.
Case 10-73680                             P.O. Box 3700                         15W030 North Frontage Road
Northern District of Illinois             Rock Island, IL 61204-3700            Suite 100
Rockford                                                                        Burr Ridge, IL 60527-6921
Mon Aug 15 13:48:29 CDT 2011

U.S. Bankruptcy Court                     Associated Collectors, Inc.          BAC HOME Loans Servici
Western Division                          Attn: Bankruptcy Department          Attn: Bankruptcy Dept.
211 S. Court Street                       113 W. Milwaukee Street              450 American St
Rockford, IL 61101-1219                   PO Box 1039                          Simi Valley, CA 93065-6285
                                          Janesville, WI 53547-1039


BAC Home Loan Servicing, LP               BANK OF America                      Bank of America
Bankruptcy Department                     Attn: Bankruptcy Dept.               Bankruptcy Department
Mail Stop CA6-919-01-23                   Po Box 17054                         PO Box 15168
400 National Way                          Wilmington, DE 19850-7054            Wilmington, DE 19850-5168
Simi Valley, CA 93065-6414


Beloit Clinic                             Beloit Clinic, S.C.                  Beloit Hospital
Attn: Bankruptcy Dept.                    C/O H & R Accounts                   Attn: Bankruptcy Dept.
1905 Huebbe Pkwy                          PO Box 672                           1696 West Hart Rd.
Beloit, WI 53511-1896                     Moline, IL 61266-0672                Beloit, WI 53511


Beneficial/HFC                            CANDICA L.L.C.                       CHASE
Attn: Bankruptcy Dept.                    C O WEINSTEIN AND RILEY, PS          Attn: Bankruptcy Dept.
Po Box 3425                               2001 WESTERN AVENUE, STE 400         800 Brooksedge Blvd
Buffalo, NY 14240-3425                    SEATTLE, WA 98121-3132               Westerville, OH 43081-2822


CHASE                                     (p)CAPITAL ONE                       Chase Bank USA, N.A.
Attn: Bankruptcy Dept.                    PO BOX 30285                         PO Box 15145
Po Box 15298                              SALT LAKE CITY UT 84130-0285         Wilmington, DE 19850-5145
Wilmington, DE 19850-5298


Chase Bank USA,N.A                        Chase/BEST BUY                       Creditors Protection S
c/o Creditors Bankruptcy Service          Attn: Bankruptcy Dept.               Attn: Bankruptcy Dept.
P O Box 740933                            Po Box 15298                         202 W State St Ste 300
Dallas,Tx 75374-0933                      Wilmington, DE 19850-5298            Rockford, IL 61101-1163


Discover Bank                             Discover FIN SVCS LLC                Equifax
Dfs Services LLC                          Attn: Bankruptcy Dept.               Attn: Bankruptcy Dept.
PO Box 3025                               Po Box 15316                         PO Box 740241
New Albany, OH 43054-3025                 Wilmington, DE 19850-5316            Atlanta, GA 30374-0241


Experian                                  FORD CRED                            Fia Card Services, NA As Successor In Intere
Attn: Bankruptcy Dept.                    Attn: Bankruptcy Dept.               Bank of America NA and Mbna America Bank
PO Box 2002                               Po Box Box 542000                    1000 Samoset Drive
Allen, TX 75013-2002                      Omaha, NE 68154-8000                 DE5-023-03-03
                                                                                Newark, DE 19713-6000


Ford Motor Credit Company                 (p)FORD MOTOR CREDIT COMPANY         Freedman Anselmo Lindberg &
c/o StevenL Nelson                        PO BOX 6275                          Rappe LLC
P O Box 3700                              DEARBORN MI 48121-6275               PO Box 3216
Rock Island, IL 61204-3700                                                     Naperville, IL 60566-7216
```

| | | |
|---|---|---|
| GE Money BANK<br>C/O Midland Credit MGMT<br>8875 Aero Dr<br>San Diego, CA 92123-2251 | GE Money Bank<br>c/o Recovery Management Systems Corp<br>Attn: Ramesh Singh<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | GMAC Mortgage<br>Attn: Bankruptcy Dept.<br>3451 Hammond Ave<br>Waterloo, IA 50702-5300 |
| GMAC Mortgage, LLC as servicer<br>c/o Codilis & Associates, PC<br>15W030 North Frontage Rd., Suite 100<br>Burr Ridge, IL 60527-6921 | H & R Accounts INC<br>Attn: Bankruptcy Dept.<br>7017 John Deere Pkwy<br>Moline, IL 61265-8072 | HSBC BANK<br>Attn: Bankruptcy Dept.<br>Po Box 5253<br>Carol Stream, IL 60197-5253 |
| HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.)<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 | HSBC/Brgnr<br>Attn: Bankruptcy Dept.<br>Po Box 15521<br>Wilmington, DE 19850-5521 |
| (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 | Kohls/Chase<br>Attn: Bankruptcy Dept.<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 |
| North Pointe Physicans<br>Attn: Bankruptcy Dept.<br>14446 N Randall Ave<br>Hanover, WI 53542 | PRA Receivables Management as Agent of<br>Portfolio Recovery Assoc. (Beneficial)<br>P.O. Box 41067<br>Norfolk, VA 23541-1067 | Precision Recovery Analytics, Inc.<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| Transunion<br>Attn: Bankruptcy Dept.<br>PO Box 1000<br>Chester, PA 19016-1000 | Winnebago County Courthouse<br>Doc# 10SC2069<br>400 W. State St.<br>Rockford, IL 61101-1221 | Winnebago County Treasurer<br>Bankruptcy Department<br>PO Box 1216<br>Rockford, IL 61105-1216 |
| eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, NA successor by<br>merger to Washington Mutual<br>POB 29262<br>New York, NY 10087-9262 | Charles Kevin Arp<br>12644 Cortland Lane<br>Roscoe, IL 61073-8206 |
| Deanne Arp<br>12644 Cortland Lane<br>Roscoe, IL 61073-8206 | Jason K Nielson<br>Geraci Law L.L.C.<br>55 E. Monroe St. Suite #3400<br>Chicago, IL 60603-5920 | Lydia Meyer<br>Lydia Meyer - 13 Trustee<br>P.O. Box 14127<br>Rockford, IL 61105-4127 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>780 Regent St.<br>Suite 304<br>Madison, WI 53715-2635 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).