UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| CONCORDIA LUTHERAN CHURCH OF ) | |
| THE LUTHERAN CHURCH MISSOURI ) | |
| SYNOD ) | CASE NO. 10-73608 |
| ) | |
| Debtors. ) | |

## FINAL DECREE AND CERTIFICATE OF CONFIRMATION AND ORDER CLOSING CASE

THIS CAUSE coming on to be heard upon the Debtor's Motion for Final Decree, and an Order of Substantial Consummation, and all interested persons having received notice, and the Court being fully advised in the premises, FINDS:

1. An Order was entered on May 4, 2011 confirming the Debtor's Second Amended Chapter 11 Plan.

2. Notice of the Debtor's Application for a Final Decree and an Order declaring the Plan to be substantially consummated has been given to all persons and entities entitled to notice.

3. The reorganized Debtor as defined in the Plan has assumed the operation of the business and the management of substantially all of the property dealt with by the Plan.

4. the reorganized Debtor has substantially consummated the distribution to creditors and equity interest holders as provided in the Plan.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED:

A. The Debtor is released from all of its dischargeable debts and liabilities except as provided in the Plan and Order Confirming the Plan.

B. The Plan has been substantially consummated.

C. This estate and case is hereby closed effective August 1, 2011.

Entered:

AUG 24 2011

JUDGE MANUEL BARBOSA

Stephen G. Balsley
BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687